In the Matter of BRIDGEVILLE FARMS, INC., Appellant and Respondent, against CHARLES H. BALDWIN et al., Constituting the Milk Control Board of the State of New York, Respondents and Appellants.

(Argued June 5, 1934; decided July 3, 1934.)

*Abraham L. Doris* for petitioner, appellant and respondent.

*Henry S. Manley* for defendants, respondents and appellants.

APPEAL by State dismissed, with costs. On appeal by plaintiff: Order affirmed, with costs. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.